AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Cedarbaum,, Miriam G. | 2. Court or Organization  US District Court -SDNY | 3. Date of Report  05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  US Court House  500 Pearl Street  New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of Emerita | Barnard College |
| 2. Executor | Estate #1 |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY -8 A 10:41 FINANCIAL DISCLOSURE OFFICE RECEIVED

Cedarbaum_Miriam_G

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Davis Polk & Wardwell Pension | $10,062.00 |
| 2. 2008 | Museum of Modern Art Pension Trust-Pension | $1,746.00 |
| 3. 2008 | Carter Ledyard & Milburn LLP-Other income from ███ former law partnership | $34,364.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC IRAS | C | Interest | L | T | | | | | |
| 2. Nassau County, NY Bonds-11/15/13 | B | Interest | K | T | | | | | |
| 3. New York State G. O. Bond-11/15/18 | B | Interest | K | T | | | | | |
| 4. New York St Dorm Auth Revs ST | A | Interest | J | T | | | | | |
| 5. NY NY Mun WTR Fin Auth-6/15/15 | B | Interest | K | T | | | | | |
| 6. NY NY Mun WTR Fin Auth-6/15/17 | B | Interest | K | T | | | | | |
| 7. NY ST Housing Auth-11/1/08 | B | Interest | | | Sold | 11/08 | K | A | |
| 8. HSBC DEPOSIT ACCOUNTS | D | Interest | N | T | | | | | |
| 9. New York Trans Fin-Future Tax Secd - 2/1/13 | B | Interest | K | T | | | | | |
| 10. NYS UDC PIT-3/15/15 | B | Interest | K | T | | | | | |
| 11. NY Thruway Fuel TX MBIA-4/1/13 | B | Interest | K | T | | | | | |
| 12. Long Island Pwr, NY-6/1/13 | B | Interest | K | T | | | | | |
| 13. NY Environmental facs 6/15/13 | B | Interest | K | T | | | | | |
| 14. NY Envirnmntl PIT FGIC 12/15/13 | B | Interest | K | T | | | | | |
| 15. NYS Thruway SVC CTRCT-4/1/14 | B | Interest | K | T | | | | | |
| 16. NY UDC Per Inc TX FGIC-3/15/12 | B | Interest | K | T | | | | | |
| 17. Virgin Island PFA Rum Tax-10/1/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  NY ST Thruway Svc CT-11/15/11 | B | Interest | K | T | | | | | |
| 19.  New York TWY Fuel TX AMBAC-4/1/20 | B | Interest | K | T | | | | | |
| 20.  NY Dorm Mental Health FGIC-2/15/19 | A | Interest | J | T | | | | | |
| 21.  Indianapolis Ind Loc Pub Impt-1/1/22 | B | Interest | K | T | | | | | |
| 22.  Johnson & Johnson Com | B | Dividend | K | T | | | | | |
| 23.  Leucadia National Corp | | None | K | T | | | | | |
| 24.  First Manhattan Cash & Cash Equivalents | B | Interest | M | T | | | | | |
| 25.  Brokerage # 1 - Trust UWO ▮▮▮▮▮▮ | | | | | | | | | |
| 26.  -Cash & Equivalents | B | Interest | K | T | | | | | |
| 27.  -RHJ International Common | | None | J | T | | | | | |
| 28.  -American Express Common | A | Dividend | K | T | | | | | |
| 29.  -Berkshire Hathaway Common | | None | K | T | | | | | |
| 30.  -Discovery Hldg Corp Common | | None | K | T | | | | | |
| 31.  -Johnson & Johnson, Common | A | Dividend | K | T | | | | | |
| 32.  -Leucadia National Corp. | | None | K | T | | | | | |
| 33.  -Onex Corp Common | A | Dividend | K | T | | | | | |
| 34.  -City Univ NY -8/15/08 | B | Interest | | | Sold | 08/08 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Jamestown, NY-11/15/18 | B | Interest | L | T | | | | | |
| 36. -Metropolitan Trans Auth-7/1/22 | C | Interest | | | Sold | 07/08 | L | A | |
| 37. -Metropolitan Trans Auth | C | Interest | K | T | Sold (part) | 01/08 | L | A | |
| 38. -City of New York Bonds | D | Interest | L | T | | | | | |
| 39. -NY NY Mun WTR Fin Auth-6/15/33 | B | Interest | K | T | | | | | |
| 40. -NYC Health & Hospital-2/15/20 | B | Interest | K | T | | | | | |
| 41. -Port of Authority of NY & NJ-01/15/39 | B | Interest | K | T | | | | | |
| 42. -NY ST Housing Auth-9/15/28 | C | Interest | L | T | | | | | |
| 43. -NY Dorm | B | Interest | L | T | | | | | |
| 44. -NYS Twy Auth-4/1/08 | B | Interest | | | Sold | 04/08 | K | A | |
| 45. -Puerto Rico Commonwealth | C | Interest | L | T | | | | | |
| 46. -William Floyd UN-6/15/20 | B | Interest | L | T | | | | | |
| 47. First Manhattan Co. Rollover IRA | | | | | | | | | |
| 48. -Cash & Equivalents | D | Interest | O | T | | | | | |
| 49. -RHJ International Common | | None | J | T | | | | | |
| 50. -American Express Common | A | Dividend | K | T | | | | | |
| 51. -Berkshire Hathaway Common | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Discovery Hldg Common | | None | K | T | | | | | |
| 53.   -Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 54.   -Leucadia National Corp | | None | K | T | | | | | |
| 55.   -Onex Corp Common | A | Dividend | K | T | | | | | |
| 56.   US Trust Account (X) | | None | J | T | | | | | |
| 57.   Estate ▓▓▓▓▓▓-Cash & Equi valents | A | Dividend | | | Distributed | 12/08 | K | | |
| 58. · United States Treas Bills 4/29/09 | | None | M | T | Buy | 12/08 | N | | |
| 59.   Ascent Media Corp Ser A | | None | J | T | Spinoff<br>(from line 30) | 09/29 | J | | |
| 60.   Ascent Media Corp Ser A | | None | J | T | Spinoff<br>(from line 52) | 09/29 | J | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

page 1, Section I. Positions - Position #2 Executor of Estate #1 was terminate as of September 26, 2007 when estate was closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544